UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

OMAR ABDULLAH,

                              Defendant.

CASE NO. 17-442

**DETENTION ORDER**

        The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        The Court did not receive any verified information about defendant's ties to community, residence, employment or substance abuse issues. Defendant has a lengthy and significant criminal history.

        It is therefore **ORDERED**:

        (1)        Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

1       (2)      Defendant shall be afforded reasonable opportunity for private consultation with

2 counsel;

3       (3)      On order of a court of the United States or on request of an attorney for the

4 Government, the person in charge of the correctional facility in which Defendant is confined

5 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6 connection with a court proceeding; and

7       (4)      The Clerk shall provide copies of this order to all counsel, the United States

8 Marshal, and to the United States Probation and Pretrial Services Officer.

9       DATED this 7th day of November, 2017.

---

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2