UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OMAR ABDULLAH,<br><br>　　　　　Defendant. | Case No.: CR17-0291JLR<br><br>**ORDER WAIVING DEFENDANT'S APPEARANCE FOR ARRAIGNMENT PURSUANT TO FRCP 10.b** |

Based on the motion to Waive Appearance at Arraignment, dated 11/22/17, filed by counsel for Defendant Omar Abdullah, now therefore

IT IS ORDERED that Defendant Omar Abdullah's attendance at arraignment on November 30, 2017 be waived.

DATED this 29th day of November 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

OMAR ABDULLAH - CR 17-291 JLR
ORDER WAIVING ATTENDANCE AT
ARRAIGNMENT HEARING

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448