# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0291JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| OMAR ABDULLAH, ABDIRASHID HARET, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the Joint Status Report (Dkt. # 52) filed by Defendant Omar Abdullah and Plaintiff United States.

The court directs the United States to draft a proposed order continuing trial as to

//

//

MINUTE ORDER - 1

Mr. Abdullah, for an October 1, 2018, trial date. The trial of Defendant Abdirashid Haret remains scheduled to proceed on July 25, 2018.

Filed and entered this 17th day of May, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk