The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-0291JLR |
| Plaintiff, | ORDER |
| v. | |
| OMAR ABDULLAH, | |
| Defendant. | |

The Court has considered the request filed by defendant OMAR ABDULLAH and the government, contained in the Joint Status Report (Dkt. 52), requesting a continuance of the trial date in this matter pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

THE COURT FINDS, for all of the reasons set forth in the Joint Status Report, that continuing the trial date for Mr. Abdullah is necessary to allow defense counsel adequate time to investigate the case and to effectively prepare for trial and the filing of pre-trial motions. This is particularly the case due to the serious medical condition of the defendant; the difficulty defense counsel has had in communicating with the defendant as the result of his medical condition as well as the fact that he is housed across the country; and the need for additional time for counsel to obtain medical experts to evaluate the defendant.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained indictment, that it would be unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself by Mr. Abdullah and his counsel without a continuance of the trial and pre-trial motions dates. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the trial of Mr. Abdullah shall be continued until October 1, 2018, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A); and

IT IS FURTHER ORDERED that the deadline for filing pretrial motions for Mr. Abdullah shall be August 10, 2018.

IT IS FURTHER ORDERED that nothing in this Order applies to the trial of co-defendant Abdirashid Haret, whose trial remains scheduled to proceed on July 25, 2018.

DATED this 21st day of May, 2018.

JAMES L. ROBART
United States District Judge

Presented by:

s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Telephone: (206) 553-2636
Fax: (206) 553-4440
E-mail: Todd.Greenberg4@usdoj.gov


/s Robert D. Butler (per approval)
ROBERT D. BUTLER
Counsel for Omar Abdullah